**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| KEVIN A. PLANTZ | ) | CASE NO. 09-13435 |
| MELISA J. PLANTZ, | ) | Chapter 7 |
| | ) | |
| DEBTOR(S). | | |

# NOTICE OF SMALL DIVIDENDS

Martin E. Seifert, Trustee of the estate of the above-named Debtor(s), now files this Notice of Small Dividends pursuant to FRBP 3010 and 3011. The Trustee has filed his Final Report and Distribution Summary and no objections having been filed to same, the Trustee has disbursed funds as proposed. Trustee notes that the following creditor(s) are to receive dividends of less than $5.00:

| **CREDITOR** | **ADDRESS** | **DIVIDEND** |
|---|---|---|
| Dreamlawn/CA Holbrook | 16516 Indianapolis Rd.<br>Yoder, IN 46798 | $2.61 |
| Summit Radiology | c/o Snow & Sauerteig<br>203 E. Berry St., Suite 1310<br>Fort Wayne, IN 46802 | $2.18 |
| Fort Wayne Urology | c/o Snow & Sauerteig<br>203 E. Berry St., Suite 1310<br>Fort Wayne, IN 46802 | $2.77 |
| | Total | $7.56 |

**WHEREFORE**, Trustee is depositing the total sum of $7.56 with the Clerk of the U.S. Bankruptcy Court, representing small dividends in the above-referenced bankruptcy case.

**Dated: January 4, 2011**

        **Respectfully submitted,**

        **CHAPTER 7 TRUSTEE**
        **444 EAST MAIN STREET**
        **FORT WAYNE, INDIANA 46802**
        **TELEPHONE: (260) 426-0444**
        **FAX: (260) 422-0274**
        **EMAIL: mseifert@hallercolvin.com**

        **BY: /s/ Martin E. Seifert**
            **MARTIN E. SEIFERT**
            **I.D. #16857-02**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice of Small Dividends has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, this 4th day of January, 2011, to:

Dennis G. Golden, Esq.
614 West Berry Street
Suite B
Fort Wayne, IN 46802

United States Trustee
555 One Michiana Square
100 East Wayne Street
South Bend, Indiana 46601

Dreamlawn/CA Holbrook
16516 Indianapolis Rd.
Yoder, IN 46798

Summit Radiology
c/o Snow & Sauerteig
203 E. Berry St., Suite 1310
Fort Wayne, IN 46802

Fort Wayne Urology
c/o Snow & Sauerteig
203 E. Berry St., Suite 130
Fort Wayne, IN 46802

/s/ Martin E. Seifert
**MARTIN E. SEIFERT**